IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

CATHERINE COLE, BARBARA        )
KOOSTRA, MARY-ANN SONTAG       )
BOWMAN, and                    )
RHONDIE VOORHEES,              )
                               )
        Plaintiffs,            )  Case No. 21-88-M-BMM
                               )
    -vs-                       )
                               )
MONTANA UNIVERSITY             )
SYSTEM, UNIVERSITY OF          )
MONTANA-MISSOULA,              )
and JOHN DOE DEFENDANTS        )
1-50,                          )
                               )
        Defendants.            )
                               )


Taken at 235 East Pine
Missoula, Montana
Thursday, February 17, 2022 - 8:53 a.m.



VIDEOTAPED DEPOSITION

OF

RHONDIE VOORHEES




Reported by Melody Jeffries Peters, RDR, CRR, CRC,
Jeffries Court Reporting, Inc., 1015 Mount Avenue,
Suite B, Missoula, Montana  59801, (406) 721-1143,
Freelance Court Reporter for the State of Montana
residing in Missoula, Montana, jcrcourt@montana.com

COLE, et al. v. MONTANA UNIVERSITY SYSTEM, et al. 2/17/2022  RHONDIE VOORHEES

---

**Page 2**

1      A P P E A R A N C E S
2 Sherine D. Blackford, Esq.
   Hillary P. Carls, Esq. (not appearing)
3 Blackford Carls P.C.
   602 West Lamme Street
4 Bozeman, Montana 59715
   sherine@blackfordcarls.com
5 carls@blackfordcarls.com
   Associated staff:
6 info@blackfordcarls.com
    appearing on behalf of the Plaintiffs.
7
   Susan Moriarity Miltko, Esq.
8 Hannah I. Higgins, Esq.
   Williams Law Firm, P.C.
9 235 East Pine
   P.O. Box 9440
10 Missoula, Montana 59807-9440
   susan@wmslaw.com hannah@wmslaw.com
11 Associated Staff:
   deborah@wmslaw.com and wlfmail@wmslaw.com
12   appearing on behalf of the Defendants Montana
   University System, University of Montana-Missoula,
13
   ALSO APPEARING:  Rona Chenoweth, Videographer
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 4**

1 Deposition Exhibit Number 31
   Protected material     137
2
   Deposition Exhibit Number 32
3    Student Conduct Code sanctioning    141
4 Deposition Exhibit Number 33
   Email from Rhondie Voorhees    145
5
   Deposition Exhibit Number 34
6    Email string, Allyson Brown    147
7 Deposition Exhibit Number 35
   Student Affairs proposal    159
8
   Deposition Exhibit Number 36
9    August 14, 2018, letter    167
10 Deposition Exhibit Number 37
   Emails, large file    173
11
   Deposition Exhibit Number 38
12   Provost's Student Affairs/Student Success   182
   "Reorganization" - Summer/Fall 2018
13
   Deposition Exhibit Number 39
14   Role description    183
15 Deposition Exhibit Number 40
   Email between K. Szpaller and K. McRae    186
16
   Deposition Exhibit Number 41
17   Email string    197
18 Deposition Exhibit Number 42
   Handwritten notes    199
19
   Deposition Exhibit Number 43
20   Handwritten notes, 2-10-16    203
21 Deposition Exhibit Number 44
   Six-page document    207
22
   Deposition Exhibit Number 45
23   Paul Kirgis and Rhondie Voorhees    214
   communication
24
   Deposition Exhibit Number 46
25   Rhondie Voorhees email July 18, 2018    216

---

**Page 3**

1      I N D E X
2
3 WITNESS:            PAGE:
4 RHONDIE VOORHEES
5 Examination by Ms. Moriarity Miltko     8
   Examination by Ms. Blackford    294
6 Examination by Ms. Moriarity Miltko    303
7
8 Stipulations         6
9
10 EXHIBITS:
11 Deposition Exhibit Number 22
   Notes        19
12
   Deposition Exhibit Number 23
13 Responses to discovery, first     19
   supplemental responses and second
14   supplemental responses
15 Deposition Exhibit Number 24
   Messages between Rhondie Voorhees and Tom    93
16   Crady
17 Deposition Exhibit Number 25
   Phone messages     105
18
   Deposition Exhibit Number 26
19   Dean of Students position description    114
20 Deposition Exhibit Number 27
   Role description     118
21
   Deposition Exhibit Number 28
22   Issues and timeline    124
23 Deposition Exhibit Number 29
   Issues and Timeline - Clery    125
24
   Deposition Exhibit Number 30
25   Protected material    129

---

**Page 5**

1 Deposition Exhibit Number 47
   Email from Allyson Brown     221
2
   Deposition Exhibit Number 48
3   Email to Terri Phillips from Rhondie    223
   Voorhees
4
   Deposition Exhibit Number 49
5   Communication with Mary-Ann Sontag Bowman   224
6 Deposition Exhibit Number 50
   Email from Rhondie Voorhees    236
7
   Deposition Exhibit Number 51
8   Communication with Barb Koostra    239
9 Deposition Exhibit Number 52
   Text messages with Mary-Ann Sontag Bowman   245
10
   Deposition Exhibit Number 53
11   Grievance Complaint    262
12 Deposition Exhibit Number 54
   Jesse Aaron Schulz communication    282
13
14 Certificate of Witness     306
15 Certificate of Court Reporter    307
16 Reading and signing letter    308
17 Release letter     309
18
19
20
21
22
23
24
25

---

**JEFFRIES COURT REPORTING, INC.**
**(406) 721-1143**

Page 274

1 A. She worked in enrollment.
2 Q. And did she resign?
3 A. Eventually, under very difficult
4 circumstances after her position was -- she was
5 moved and her position was moved -- I mean,
6 eliminated.
7 Q. And when did she resign?
8 A. So that was when Teresa Branch was still
9 there, so it would have been in probably 2013 or
10 2014.
11 Q. And do you know that she resigned
12 because she experienced harassment, retaliation or
13 discrimination on the basis of sex or do you
14 believe that?
15 A. No, I'm -- Through a personal
16 conversation with her, I'm fairly certain that she
17 retained counsel and claimed discrimination on the
18 basis of gender and ethnicity.
19 Q. And when did you have that conversation
20 with her?
21 A. It would have been around that time,
22 sometime in probably 2013 or '14.
23 Q. Okay. Anyone else that you're aware of
24 that you believe was forced to resign because they
25 experienced harassment, retaliation or

Page 275

1 discrimination on the basis of sex?
2 A. Not that I can think of right now.
3 Q. Okay. How about anyone that you're
4 aware of other than the named Plaintiffs who you
5 believe either the University of Montana or
6 Montana University System terminated their
7 position and -- because they -- and they
8 experienced harassment, retaliation or
9 discrimination on the basis of sex?
10 MS. BLACKFORD: And I'll insert the same
11 objection.
12 MS. MORIARITY MILTKO: And understand
13 we've got that understanding.
14 Q. (BY MS. MORIARITY MILTKO) I want your
15 personal knowledge.
16 A. When you say "terminated their
17 position," do you mean -- could you please clarify
18 that?
19 Q. Well, I'm reading from your Complaint.
20 A. Uh-huh.
21 Q. And it says people -- that the suit is
22 being brought by -- on behalf of people who the
23 Defendants terminated their position and
24 experienced harassment, retaliation and/or
25 discrimination on the basis of sex.

Page 276

1 A. Well, and I'm an example of that.
2 Q. Right. And I understand that's your
3 position. I'm asking about anyone other than the
4 named Plaintiffs that you're aware of.
5 A. And again, when you say terminated the
6 position, do you mean eliminated the position like
7 they eliminated the Dean of Students' position or
8 they were terminated from their position?
9 Q. And -- and it's your position as to who
10 these putative class members are so I want to know
11 what you think.
12 It strikes me that your position was
13 eliminated and you consider yourself a member of
14 this class, correct?
15 A. Yes.
16 Q. So I think it's probably the broader
17 definition, but it's -- you're the one making the
18 claim.
19 A. I think Laurie Fisher. I suspect
20 Laurie Fisher falls into that category.
21 Q. Okay. So she didn't resign; they
22 terminated her position?
23 A. I believe that's correct.
24 Q. Okay. Anyone else?
25 A. Not that I can think of right now.

Page 277

1 Q. And how about anyone, then, that you're
2 personally aware of that you believe experienced
3 harassment, retaliation or discrimination on the
4 basis of sex since -- and was employed by the
5 University of Montana, Montana University System
6 since 2013 and that the Defendants created no or
7 limited options for professional growth, other
8 than the named Plaintiffs?
9 A. Well, another person I would add to the
10 list is Emily Ferguson-Steger.
11 Q. And is she still employed at the
12 University?
13 A. In a different position is my
14 understanding, yes.
15 Q. And have you spoken with her about that?
16 A. I've spoken with her about the shift in
17 her position.
18 Q. Anyone else?
19 A. I believe that it may apply to
20 Cindy Williams. I think her last name is
21 Williams. The director of the Foundation.
22 Q. And have you spoken to her about that?
23 A. No.
24 Q. Anyone else that you are personally
25 aware of?

Case 9:21-cv-00088-BMM   Document 36-5   Filed 03/25/22   Page 4 of 4

Page 278

1    A.  Nobody else that I can think of.  Oh,
2  I'm -- Well, Peggy Nesbitt.
3      Q.  And what was Peggy Nesbitt's position?
4    A.  Associate Dean of one of the colleges,
5  the one with music.  I don't remember what they
6  call it now.
7      Q.  And what's your understanding of how her
8  professional growth was limited by the Defendants?
9    A.  My understanding is that she experienced
10  harassment and gender discrimination.
11      Q.  And what's your basis for believing
12  that?
13    A.  A personal conversation.
14      Q.  And how was her professional growth
15  limited by the University?
16    A.  Well, I think anytime a woman
17  experiences harassment or discrimination in the
18  workplace your growth is limited.
19      Q.  Are you aware if she failed to get a
20  position or was overlooked for a position or
21  anything like that?
22    A.  No, I'm not.
23      Q.  Who are the individuals at the
24  University of Montana that you believe
25  discriminated against you on the basis of gender?

Page 279

1    A.  Seth Bodnar.
2      Q.  Is that based on the elimination of your
3  position?
4    A.  Yes.
5      Q.  Anyone else?
6    A.  Lucy France.
7      Q.  And is that based on her handling of
8  your student conduct cases?
9    A.  No.  It was based on the ultimate
10  retaliation and the elimination of my position.
11      Q.  Anyone else?
12    A.  Jon Harbor.
13      Q.  And explain that for me.  Again, the
14  elimination of your position?
15    A.  Yes.
16      Q.  And when you say that you believe
17  Jon Harbor eliminated your position on the basis
18  of sex, explain that to me.
19    A.  Well, I believe that Jon Harbor carried
20  it out, and I believe that that was the wishes of
21  Lucy France and Seth Bodnar.
22      Q.  And what's your basis for believing
23  that?
24    A.  Well, he pretty much shared that in the
25  grievance.  I had never met him.  I did confirm in

Page 280

1  preparation for my grievance hearing that he had
2  never sought my position description from HR, so
3  he didn't even know what I did.
4      Q.  So is it based on his testimony at the
5  grievance that he had spoken with University
6  counsel and his supervisor before -- before
7  deciding to eliminate your position?
8    A.  My recollection of that conversation is
9  that one of the grievance members asked him who he
10  consulted prior to making the decision to
11  eliminate the Dean of Students' position, and he
12  responded -- I don't remember exact words, but he
13  responded with the legal counsel and the
14  President -- his supervisor, the President.
15      Q.  Do you have any other information
16  that -- upon which you base your assertion that
17  Jon Harbor discriminated against you on the basis
18  of gender?
19    A.  Well, Jon Harbor was the one who carried
20  out my nonrenewal.
21      Q.  Right, but I think you said that was
22  carrying out Lucy France's retaliation.  You now
23  told me because he said he consulted with her and
24  his supervisor before nonrenewing you.
25      I'm asking if there's any other basis.

Page 281

1    A.  No.
2      Q.  Anyone else that you believe
3  discriminated against you on the basis of sex at
4  the University of Montana?
5    A.  Well, I think it was -- it was systemic
6  and it was -- I don't believe the grievance
7  process was fair.  I don't believe that it gave me
8  an adequate and fair opportunity.
9      Scott Whittenburg served as the chair of
10  the grievance committee --
11      Q.  Can I slow you down on the grievance
12  process not being fair?
13    A.  Sure.
14      Q.  Is the grievance process utilized for --
15  regardless of whether the grievant is male or
16  female?
17    A.  I believe so.
18      Q.  And you say having Scott Whittenburg as
19  the chair.
20      Is that bias on the basis of sex?
21    A.  My view is that the process, the entire
22  process, was unfair and retaliatory.
23      Q.  Okay.
24    A.  And he was the chair of that process.
25      Q.  And the other members of that committee