IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CATHERINE COLE, BARBARA KOOSTRA, MARY-ANN SONTAG BOWMAN, and RHONDIE VOORHEES,<br><br>Plaintiffs,<br><br>-vs-<br><br>MONTANA UNIVERSITY SYSTEM, UNIVERSITY OF MONTANA–MISSOULA, and JOHN DOE DEFENDANTS 1-50,<br><br>Defendants. | CV 21-88-M-BMM<br><br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF HEARING |

Based on Defendants' Unopposed Motion for Continuance of Hearing, there being no objection from Plaintiffs, and good cause have been shown,

IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Continuance of Hearing is GRANTED and the May 24, 2022 Motion Hearing is VACATED and RESET for June 13, 2022 at 1:30 p.m.

DATED this 2nd day of May, 2022.

_____
Brian Morris, Chief District Judge
United States District Court