IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CATHERINE COLE, BARBARA KOOSTRA, MARY-ANN SONTAG BOWMAN, and RHONDIE VOORHEES, COURTNEY BABCOCK, LAURA BERKHOUSE, RUTH ANN BURGAD, JANE DOE 1, JENNIFER COOPER, CINDY FERGUSON, FRIEDA HOUSER, SHERRI LINDBO, JENNIFER MCNULTY, KATHLEEN REEVES, JANE DOE 2, VIDA WILKINSON, JACKIE HEDTKE, and LAURA JOHN, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> -vs- <br><br> MONTANA UNIVERSITY SYSTEM, UNIVERSITY OF MONTANA–MISSOULA, and JOHN DOE DEFENDANTS 1-50, <br><br> Defendants. | **CV 21-88-M-BMM** <br><br><br> ORDER |

Upon Defendants' Unopposed Motion for attorney Hannah I. Higgins to appear remotely at the February 17, 2023 motion hearing (Doc. 72), and there being no objection,

1

IT IS HEREBY ORDERED that attorney Hannah I. Higgins is allowed to appear by Zoom at the February 17, 2023 hearing. Hannah I. Higgins shall contact the Clerk of Court in the Great Falls Division for the Zoom information.

DATED this 15th day of Februay 2023.

_____
Brian Morris, Chief District Judge
United States District Court