Hillary P. Carls
Sherine D. Blackford
BLACKFORD CARLS P.C.
602 W. Lamme Street
Bozeman, MT 59715
406.577.2145
406.219.0256 (fax)
carls@blackfordcarls.com
sherine@blackfordcarls.com
*Attorneys for Plaintiffs & Putative Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| Catherine Cole, Barbara Koostra, Mary-Ann Sontag Bowman, Rhondie Voorhees, Courtney Babcock, Laura Berkhouse, Ruth Ann Burgad, Jane Doe 1, Jennifer Cooper, Cindy Ferguson, Frieda Houser, Sherrie Lindbo, Jennifer McNulty, Kathleen Reeves, Jane Doe 2, Vida Wilkinson, Jackie Hedtke, and Laura John, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>Montana University System, University of Montana-Missoula, and John Doe Defendants 1-50,<br><br>       Defendants. | CV-21-88-M-BMM<br><br>**Unopposed Partial Motion to Dismiss with Prejudice regarding Kathleen Reeves** |

Plaintiffs, Catherine Cole, Barbara Koostra, Mary-Ann Sontag Bowman,

Rhondie Voorhees, Courtney Babcock, Laura Berkhouse, Ruth Ann Burgad, Jane

1

Doe 1, Jennifer Cooper, Cindy Ferguson, Frieda Houser, Sherrie Lindbo, Jennifer McNulty, Kathleen Reeves, Jane Doe 2, Vida Wilkinson, Jackie Hedtke, and Laura John, individually and on behalf of all others similarly situated, by and through their counsel of record, Hillary P. Carls and Sherine D. Blackford of Blackford Carls P.C., pursuant to Federal Rule of Civil Procedure 41(a)(2) moves the Court to dismiss Kathleen Reeve's claims with prejudice in this matter because Ms. Reeves's health concerns prohibit her from continuing to participate in this litigation.

    Counsel for the Defendants have been contacted regarding this Motion and the Defendants do not object to this Motion.

    Dated this 22nd day of February, 2023.

                                          /s/ Hillary P. Carls
                                          Hillary P. Carls
                                          Sherine D. Blackford
                                          *Attorneys for Plaintiff*