IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Catherine Cole, Barbara Koostra, Mary-Ann Sontag Bowman, Rhondie Voorhees, Courtney Babcock, Laura Berkhouse, Ruth Ann Burgad, Jane Doe 1, Jennifer Cooper, Cindy Ferguson, Frieda Houser, Sherrie Lindbo, Jennifer McNulty, Kathleen Reeves, Jane Doe 2, Vida Wilkinson, Jackie Hedtke, and Laura John, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>Montana University System, University of Montana-Missoula, and John Doe Defendants 1-50,<br><br>        Defendants. | CV-21-88-M-BMM<br><br>**Order of Partial Dismissal with Prejudice regarding Kathleen Reeves** |

    Upon Motion by the Plaintiffs, good cause shown, and there being no objection, IT IS HEREBY ORDERED that Kathleen Reeves' claims in this matter are dismissed with prejudice.

    Dated this 27th of February, 2023.

_____
Brian Morris, Chief District Judge
United States District Court