Williams Law Firm, P.C.
Susan Moriarity Miltko, Esq.
James David Johnson, Esq.
Hannah I. Higgins, Esq.
235 E. Pine, P.O. Box 9440
Missoula, Montana 59807-9440
(406) 721-4350
susan@wmslaw.com
james@wmslaw.com
hannah@wmslaw.com
*Attorneys for Defendants*
*Montana University System, and*
*University of Montana–Missoula*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| CATHERINE COLE, BARBARA KOOSTRA, MARY-ANN SONTAG BOWMAN, and RHONDIE VOORHEES, COURTNEY BABCOCK, LAURA BERKHOUSE, RUTH ANN BURGAD, JANE DOE 1, JENNIFER COOPER, CINDY FERGUSON, FRIEDA HOUSER, SHERRI LINDBO, JENNIFER MCNULTY, KATHLEEN REEVES, JANE DOE 2, VIDA WILKINSON, JACKIE HEDTKE, and LAURA JOHN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    -vs-<br><br>MONTANA UNIVERSITY SYSTEM, UNIVERSITY OF MONTANA–MISSOULA, and JOHN DOE DEFENDANTS 1-50,<br><br>    Defendants. | **CV 21-88-M-BMM**<br><br><br><br>DEFENDANTS' NOTICE TO THE COURT OF STATUS REGARDING SEARCH TERM REQUESTS |

Defendants submit the following Notice to the Court of Status Regarding Search Term Requests pursuant to this Court's Order dated March 6, 2023. (*See* Dkt. 91, Order at 3, March 6, 2023, CV-21-88-M-BMM).

On March 17, 2023, Plaintiffs served the attached letter on Defendants indicating Plaintiffs agree that the Defendants do not need to respond to the following discovery requests to the extent they relate to search terms:

- Plaintiff Catherine Cole's First Discovery Requests (Jan. 24, 2022), UM and MUS Request for Production No. 8, UM Request for Production No. 9, and MUS Request for Production No. 14.

- Plaintiff Barbara Koostra's First Discovery Requests (Jan. 24, 2022), UM and MUS Request for Production Nos. 3 and 4.

- Plaintiff Mary-Ann Sontag Bowman's First Discovery Requests (Jan. 24, 2022), UM and MUS Request for Production No. 3, UM Request for Production No. 4, and MUS Request for Production No. 5.

- Plaintiff Rhondie Voorhees's First Discovery Requests (Jan. 24, 2022), UM and MUS Request for Production Nos. 3 and 4.

(*See* **Exhibit A**, Carls Letter to Williams Law Firm, Mar. 17, 2023). As such, Defendants believe that this issue is resolved.

DATED this  17th  day of   March  , 2023.

          /s/ Susan Moriarity Miltko
Susan Moriarity Miltko, Esq.
James D. Johnson
Hannah I. Higgins
*Attorneys for Defendants Montana University System and University of Montana–Missoula*