Hillary P. Carls
Sherine D. Blackford
BLACKFORD CARLS P.C.
602 W. Lamme Street
Bozeman, MT 59715
406.577.2145
406.219.0256 (fax)
carls@blackfordcarls.com
sherine@blackfordcarls.com

Veronica A. Procter
PROCTER LAW, PLLC
2718 Montana Avenue, Suite 200
Billings, MT 59101
406.294.8915
vp@procterlawfirm.com
*Attorneys for Plaintiffs & Putative Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Catherine Cole, Barbara Koostra, Mary-Ann Sontag Bowman, Rhondie Voorhees, Courtney Babcock, Laura Berkhouse, Ruth Ann Burgad, Jane Doe 1, Jennifer Cooper, Cindy Ferguson, Frieda Houser, Sherrie Lindbo, Jennifer McNulty, Jane Doe 2, Vida Wilkinson, Jackie Hedtke, Laura John, and Vandi Theriot, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>Montana University System, University of Montana-Missoula, and John Doe Defendants 1-50,<br><br>       Defendants. | CV-21-88-M-BMM<br><br>**Notice re: Fourth Amended Complaint, Request for Class Certification, & Jury Trial Demand** |

Plaintiffs, Catherine Cole, Barbara Koostra, Mary-Ann Sontag Bowman, Rhondie Voorhees, Courtney Babcock, Laura Berkhouse, Ruth Ann Burgad, Jane Doe 1, Jennifer Cooper, Cindy Ferguson, Frieda Houser, Sherrie Lindbo, Jennifer McNulty, Jane Doe 2, Vida Wilkinson, and Vandi Theriot, individually and on behalf of all others similarly situated, by and through their counsel of record, Hillary P. Carls and Sherine D. Blackford of Blackford Carls P.C., and Veronica A. Procter of Procter Law, PLLC, notify the Court and counsel that filed with this Notice is the a red-line of the Fourth Amended Complaint, Request for Class Certification, & Jury Trial Demand (Doc. 104), which identifies the changes from the Third Amended Complaint, Request for Class Certification, & Jury Trial Demand (Doc. 65) pursuant to this Court's Order (Doc. 103).

Dated this 8th day of May, 2023.

/s/ Hillary P. Carls
Hillary P. Carls
Sherine D. Blackford
Veronica A. Procter
*Attorneys for Plaintiffs*