IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Catherine Cole, Barbara Koostra, Mary-Ann Sontag Bowman, Rhondie Voorhees, Courtney Babcock, Laura Berkhouse, Ruth Ann Burgad, Jane Doe 1, Jennifer Cooper, Cindy Ferguson, Frieda Houser, Sherrie Lindbo, Jennifer McNulty, Jane Doe 2, Vida Wilkinson, and Vandi Theriot, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Montana University System, University of Montana-Missoula, and John Doe Defendants 1-50,<br><br>        Defendants. | CV-21-88-M-BMM<br><br>**Order Resetting Hearing Date** |

Upon motion by the Plaintiffs, good cause shown, and there being no objection,  IT IS HEREBY ORDERED that the October 23, 2023 Hearing (Doc. 121) on Defendants' Motion for Partial Summary Judgment (Babcock & Berkhouse) (Doc. 113) in this matter is RESET for October 16, 2023 at 10:00 a.m. at the Paul Hatfield Federal Courthouse, Helena, Montana.

The parties appearing by Zoom shall contact the Clerk of Court for the Zoom link.

Dated this 21st day of August, 2023.


Brian Morris, Chief District Judge
United States District Court