Williams Law Firm, P.C.
Susan Moriarity Miltko, Esq.
James David Johnson, Esq.
Hannah I. Higgins, Esq.
235 E. Pine, P.O. Box 9440
Missoula, Montana 59807-9440
(406) 721-4350
susan@wmslaw.com, james@wmslaw.com
hannah@wmslaw.com, wlfmail@wmslaw.com
*Attorneys for Defendants*
*Montana University System, and*
*University of Montana-Missoula*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| CATHERINE COLE, BARBARA KOOSTRA, MARY-ANN SONTAG BOWMAN, RHONDIE VOORHEES, COURTNEY BABCOCK, LAURA BERKHOUSE, RUTH ANN BURGAD, JANE DOE 1, JENNIFER COOPER, CINDY FERGUSON, FRIEDA HOUSER, SHERRI LINDBO, JENNIFER MCNULTY, JANE DOE 2, VIDA WILKINSON, and VANDI THERIOT, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> -vs- <br><br> MONTANA UNIVERSITY SYSTEM, UNIVERSITY OF MONTANA – MISSOULA, and JOHN DOE DEFENDANTS 1-50, <br>     Defendants. | CV-21-88-M-BMM <br><br><br> **NOTICE OF INTENT TO SERVE RULE 45 SUBPOENA DUCES TECUM** |

Defendants Montana University System, and the University of Montana-Missoula, pursuant to Rule 45(a)(4), hereby provides notice that they intend to serve a Subpoena Duces Tecum on the following party:

The E.W. Scripps Company
PO BOX 5380
Cincinnati, OH  45201

As required by the Federal Rules of Civil Procedure, a copy of the subpoena duces tecum to be served is attached hereto.

Plaintiffs' counsel has been notified and does not object to the serving of this Subpoena Duces Tecum.

DATED this  2nd  day  October , 2023.

                    /s/           Susan Moriarity Miltko
                    Susan Moriarity Miltko , Esq.
                    *Attorneys for Defendants Montana University System and the University of Montana-Missoula*