UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CATHERINE COLE, BARBARA KOOSTRA, MARY-ANN SONTAG BOWMAN, RHONDIE VOORHEES, COURTNEY BABCOCK, LAURA BERKHOUSE, RUTH ANN BURGAD, JANE DOE 1, JENNIFER COOPER, CINDY FERGUSON, FRIEDA HOUSER, SHERRIE LINDBO, JENNIFER MCNULTY, JANE DOE 2, VIDA WILKINSON, and VANDIE THERIOT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>MONTANA UNIVERSITY SYSTEM, UNIVERSITY OF MONTANA-MISSOULA, and JOHN DOE DEFENDANTS 1-50,<br><br>    Defendant. | Case No. CV-21-88-M-BMM<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion for Partial Summary Judgment (Doc. 113) is GRANTED. Plaintiff Babcock and Berkhouse's claims are dismissed.

Dated this 23rd day of October, 2023.

TYLER P. GILMAN, CLERK

By: /s/ Athena Cobb
Athena Cobb, Deputy Clerk