IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CATHERINE COLE, BARBARA KOOSTRA, MARY-ANN SONTAG BOWMAN, RHONDIE VOORHEES, COURTNEY BABCOCK, LAURA BERKHOUSE, RUTH ANN BURGAD, JANE DOE 1, JENNIFER COOPER, CINDY FERGUSON, FRIEDA HOUSER, SHERRI LINDBO, JENNIFER MCNULTY, JANE DOE 2, VIDA WILKINSON, VANDI THERIOT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>MONTANA UNIVERSITY SYSTEM, UNIVERSITY OF MONTANA–MISSOULA, and JOHN DOE DEFENDANTS 1-50,<br><br>Defendants. | CV 21-88-M-BMM<br><br><br>ORDER GRANTING UNOPPOSED MOTION TO FILE OVERLENGTH BRIEFS |

Based on Plaintiffs' and Defendants' Joint Motion to File Overlength Response Briefs, and good cause having been shown,

IT IS HEREBY ORDERED that Plaintiffs and Defendants' Joint Motion to File Overlength Response Briefs is GRANTED.

DATED this 15th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court