Hillary P. Carls
CARLS LAW, PLLC
322 West Mendenhall, P.O. Box 85
Bozeman, MT 59771
406.577.2145
406.219.0256 (fax)
hillary@carlslaw.com

Veronica A. Procter
PROCTER LAW, PLLC
2718 Montana Avenue, Suite 200
Billings, MT 59101
406.294.8915
406.302.0504 (fax)
vp@procterlawfirm.com
*Attorneys for Plaintiffs & Putative Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Catherine Cole, Barbara Koostra, Mary-Ann Sontag Bowman, Rhondie Voorhees, Courtney Babcock, Laura Berkhouse, Ruth Ann Burgad, Jane Doe 1, Jennifer Cooper, Cindy Ferguson, Frieda Houser, Sherrie Lindbo, Jennifer McNulty, Jane Doe 2, Vida Wilkinson, and Vandi Theriot, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Montana University System, University of Montana-Missoula, and John Doe Defendants 1-50,<br><br>    Defendants. | CV-21-88-M-BMM<br><br>Notice of Appeal |

1

Plaintiff Courtney Babcock appeals to the United States Court of Appeals for the Ninth Circuit from the Order (Doc. 132) and Judgment in a Civil Case (Doc. 133), both entered on October 23, 2023.

Dated this 22nd day of November, 2023.

/s/ Hillary P. Carls
Hillary P. Carls
Veronica A. Procter
*Attorneys for Plaintiffs and Putative Class*