# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Courtney Babcock |

Name(s) of counsel (if any):

| |
|---|
| Hillary P. Carls, Carls Law, PLLC |

Address: P.O. Box 85, Bozeman, MT 59771

Telephone number(s): 406.577.2145

Email(s): hillary@carlslaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Montana University System, University of Montana-Missoula |

Name(s) of counsel (if any):

| |
|---|
| Susan Moriarity Miltko, James David Johnson, & Hannah I. Higgins, Williams Law Firm, P.C. |

Address: P.O. Box 9440, Missoula, Montana 59807-9440

Telephone number(s): (406) 721-4350

Email(s): susan@wmslaw.com, james@wmslaw.com, hannah@wmslaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                          1                                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Courtney Babcock

Name(s) of counsel (if any):

Veronica A. Procter, Procter Law, PLLC

Address: 2718 Montana Avenue, Suite 200, Billings, MT 59101

Telephone number(s): 406.294.8915

Email(s): vp@procterlawfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  *2*  New 12/01/2018