IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CATHERINE COLE, BARBARA KOOSTRA, MARY-ANN SONTAG BOWMAN, RHONDIE VOORHEES, COURTNEY BABCOCK, LAURA BERKHOUSE, RUTH ANN BURGAD, JANE DOE 1, JENNIFER COOPER, CINDY FERGUSON, FRIEDA HOUSER, SHERRI LINDBO, JENNIFER MCNULTY, JANE DOE 2, VIDA WILKINSON, VANDI THERIOT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>MONTANA UNIVERSITY SYSTEM, UNIVERSITY OF MONTANA–MISSOULA, and JOHN DOE DEFENDANTS 1-50,<br><br>Defendants. | CV 21-88-M-BMM<br><br><br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL |

Before the Court is Defendants Montana University System, and University of Montana-Missoula's Motion to File Under Seal (Doc. 165).

IT IS HEREBY ORDERED that Defendants may file an unredacted copy of Exhibits A and C to Defendants' Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment (Doc, 163-1, 163-3).

DATED this 6th day of December, 2023.

Brian Morris, Chief District Judge
United States District Court