IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Catherine Cole, Barbara Koostra, Mary-Ann Sontag Bowman, Rhondie Voorhees, Courtney Babcock, Laura Berkhouse, Ruth Ann Burgad, Jane Doe 1, Jennifer Cooper, Cindy Ferguson, Frieda Houser, Sherrie Lindbo, Jennifer McNulty, Jane Doe 2, Vida Wilkinson, Jackie Hedtke, Laura John, and Vandi Theriot, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>Montana University System, University of Montana-Missoula, and John Doe Defendants 1-50,<br><br>      Defendants. | CV-21-88-M-BMM<br><br>**Order Granting Joint Motion for Approval of Settlement Agreement and Motion for Dismissal; and Order Granting Plaintiffs' Motion for Approval of Disbursement** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), upon joint motion of the Parties and *in camera* review of the General Release and Settlement Agreement upon unopposed motion by the Plaintiffs and *in camera* review of the fee agreement and Settlement Statement and good cause shown,

IT IS ORDERED that that the settlement reached by the Parties is approved, including but not limited to, the agreement to dismiss with prejudice the claims related to the requested class action (*see, i.e.,* Doc. 140) and the State of Montana.

1

IT IS ORDERED that the distribution of the $350,000 settlement funds pursuant to the Settlement Statement is approved, and summarized as follows: (1) Litigation Costs: $199,934.55 ($11,107.48/Plaintiff); (2) Attorney Fees: $116,666.67 ($6,481.48/Plaintiff); and (3) Net to Plaintiffs: $33,398.78, of which $1,855.49 will be paid to each Plaintiff.

IT IS ORDERED that the above-captioned cause is dismissed with prejudice, having been fully settled upon the merits, each party to pay its own costs and attorney fees. All pending motions are moot. All deadlines and hearings were previously vacated. (Doc. 172).

Dated this 9th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court