UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COURTNEY BABCOCK, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>MONTANA UNIVERSITY SYSTEM and UNIVERSITY OF MONTANA-MISSOULA,<br><br>  Defendants - Appellees. | No. 23-3794<br><br>D.C. No. 9:21-cv-00088-BMM<br>District of Montana, Missoula<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 7), this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT